THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDOLFF WESTOVER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FLAGSTAR BANK, FSB,<br><br>　　　　　　　　　　Defendant. | Case No. 2:14-cv-01953-RSL<br><br>**JOINT STIPULATED MOTION TO DISMISS**<br><br>Note on Motion Calendar: July 8, 2015 |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A) and Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiffs Randolff Westover, Alisha Arnold, Lisa Hill, Mariadelmar Vilorio, and Ginger Thomas ("Plaintiffs") and Defendant Flagstar Bank, FSB, by and through their counsel, hereby jointly stipulate and agree as follows:

　　　WHEREAS, the Parties previously advised the Court that they had settled this action and a similar action pending in the United States District Court for the Central District of California styled as *Jefferson, et al. v. Flagstar Bank, FSB*, case no. 8:14-cv-00382-JLS., s*ee* ECF No. 28; and

　　　WHEREAS, the Parties sought Fair Labor Standards Act ("FLSA") approval of both settlements by filing a motion in the *Jefferson* matter, *see id.*; and

　　　WHEREAS, on June 24, 2015 the *Jefferson* Court granted approval to the Parties' settlement, including the settlement of the claims pending in this Court, *see* Exh. A; and

JOINT STIPULATED MOTION
TO DISMISS – 1
Case No. 2:14-cv-01953-RSL

**NICHOLS KASTER LLP**
One Embarcadero Center
San Francisco, CA 94111
TEL. 415.277.7236 • FAX 415.277.7238
www.nka.com

1   WHEREAS, on June 30, 2015, the *Jefferson* Court entered final judgment pursuant to the settlement and dismissed the *Jefferson* matter, *see* Exh. B;

THEREFORE, the Parties hereby STIPULATE and AGREE that this matter shall be dismissed pursuant to the terms of the settlement agreement previously filed in this matter at ECF No. 29-4: the claims of the individual Plaintiffs are hereby dismissed with prejudice; the claims for relief of the putative Rule 23 class in the Second, Third, Fourth, and Fifth Claims for Relief are dismissed without prejudice.

Dated: July 8, 2015

**NICHOLS KASTER, LLP**

/s/ Daniel S. Brome, *Admitted Pro Hac Vice*
Matthew C. Helland, CA Bar No. 250451*
Daniel S. Brome, CA Bar No. 278915*
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238
Email: mhelland@nka.com
Email: dbrome@nka.com
*admitted pro hac vice*
ATTORNEYS FOR PLAINTIFFS

Beth E. Terrell, WSBA #26759
Jennifer Rust Murray, WSBA #36983
TERRELL MARSHALL DAUDT
    & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: bterrell@tmdwlaw.com
Email: jmurray@tmdwlaw.com
ATTORNEYS FOR PLAINTIFFS

Dated: July 8, 2015

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Sheehan Sullivan Weiss*
Sheehan Sullivan Weiss, WSBA #33189
1201 Third Avenue, Suite 2200

JOINT STIPULATED MOTION
TO DISMISS – 2
Case No. 2:14-cv-01953-RSL

**NICHOLS KASTER LLP**
One Embarcadero Center
San Francisco, CA 94111
TEL. 415.277.7236 • FAX 415.277.7238
www.nka.com

Seattle WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
Email: sheehansullivanweiss@dwt.com
*Attorneys for Defendant Flagstar Bank, FSB*

Fred B. Burnside, WSBA #32491
1201 Third Avenue, Suite 2200
Seattle WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
Email: fredburnside@dwt.com
*Attorneys for Defendant Flagstar Bank, FSB*

Michele L. Maryott, *admitted pro hac vice*
mmaryott@gibsondunn.com
Dustin G. May, *admitted pro hac vice*
dmay@gibsondunn.com
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Tel: 949.451.3800, Fax: 949.451.4220
*Attorneys for Defendant Flagstar Bank, FSB*

Daniel J. Thomasch, *admitted pro hac vice*
dthomasch@gibsondunn.com
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000, Fax: 212.351.4035

*Attorneys for Defendant Flagstar Bank, FSB*

Having reviewed the foregoing stipulation, and good cause appearing therefore, this matter is hereby DISMISSED with prejudice.  LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 10th day of July, 2015.

*[signature]*

The Honorable Robert S. Lasnik
United States District Judge

---

JOINT STIPULATED MOTION
TO DISMISS – 3
Case No. 2:14-cv-01953-RSL

**NICHOLS KASTER LLP**
One Embarcadero Center
San Francisco, CA 94111
TEL. 415.277.7236 • FAX 415.277.7238
www.nka.com